

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| REBECCA ROWELL, | Case No: CV13-00936 RSWL(CWx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs [19], this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 9/19/2013

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE